## THE STATE v. W. ARNOLD.

Indictment for playing at cards in a public place, charged that defendant did play " at a certain game with cards at the county jail in the town of " G., in H. county, said jail being then and there a public place." *Held*, to be sufficient; and the court below erred in sustaining the motion to quash, because of its failure to state facts necessary to constitute a jail a public place.

APPEAL from Hunt. Tried below before the Hon. W. H. Andrews.

There is no occasion for a statement of the facts.

*Wm. Alexander, Attorney-General*, for the State.

No brief for the appellee has reached the hands of the reporter.

OGDEN, J. The defendant below was indicted for unlaw- -fully playing " at a certain game with cards, at the county jail " in the town of Greenville, Hunt county, said jail being then " and there a public place." The court sustained defendant's exceptions to the indictment, and quashed the same, because it did not allege any such facts necessary to constitute a jail a public place. In the State v. Alvey, 26 Texas, 155, the questions here presented were fully considered by this court, and the sufficiency of the indictment fully sustained. The court, therefore, erred in sustaining the exceptions to the indictment, and the judgment is reversed and the cause remanded.

Reversed and remanded.